

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00299-CR

EX PARTE LIAM JOHN SMITH

§ On Appeal from County Criminal Court

§ No. 7

§ of Tarrant County (1445845)

§ October 24, 2024

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker